IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHATZI CORPORATION, YKG CORPORATION, KG715 INCORPORATED and S&D DINING GROUP LLC, individually and on behalf of all others similarly situated, : : : : : | |
| Plaintiffs, : | Civil Action No. 2:20-cv-04613-GAM |
| : | CLASS ACTION |
| v. : | |
| : | JURY TRIAL DEMANDED |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, : : : | |
| : | |
| Defendant. : | |

## REQUEST FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs, Schatzi Corporation, YKG Corporation, KG715 Incorporated and S&D Dining Group LLC, respectfully request dismissal of the above-captioned action.

Date: December 6, 2024

Respectfully submitted,

/s/ *Adam Gomez*
Adam J. Gomez
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, Delaware 19801
agomez@gelaw.com

**IT IS SO ORDERED**.

Date:   December 10, 2024

/s/ Gerald Austin McHugh
_____
Hon. Gerald Austin McHugh
United States District Judge